UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00501-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT GUZMAN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing shall take place on **Thursday, April 12, 2012, at 9:00 a.m.**, at 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

    Dated: March 7, 2012.